**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 17, 2009

No. 08-60720

Charles R. Fulbruge III
Clerk

JEREMY NEWSOME, by His Mother and Next Friend, Lyndia Traylor;
LYNDIA TRAYLOR, Individually

Plaintiffs - Appellants

v.

MISSISSIPPI HIGH SCHOOL ACTIVITIES ASSOCIATION INC;
NETTLETON SCHOOL DISTRICT

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:07-CV-293

Before REAVLEY, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Having heard oral argument and reviewed the record and the briefs, we
AFFIRM the judgment of the district court for the reasons stated in its opinion.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.